FILED

03/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0434

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0434

_____

JODIE YOUNG,

Plaintiff and Appellant,

v.                                                          O R D E R

ERA ADVANTAGE REALTY,

Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Wm. Nels Swandal, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2022